ATTORNEY

NO. 29624

THE STATE OF TEXAS

VS

AMMAR MOHAMMED ALALI

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 5:00:32 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COUNTY COURT

OF    1st COURT OF APPEALS

CHAMBERS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

**I, Judge of the trial court, certify this criminal case:**

☐    is not a plea bargain case, and the defendant has the right to appeal.

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

☒    is a plea-bargain case, but the trial court has given permission to appeal the denial of the writ of habeas corpus

☒    is a plea-bargain case, and the defendant has NO right of appeal.

☐    the defendant has waived the right of appeal.
THE _____ DAY OF _____
AD20____ AT _____ M.

HEATHER H. HAWTHORNE
CHAMBERS COUNTY, TEXAS
BY _____ DEPUTY

_____
Judge

9/24/15
Date Signed

I have received a copy of this Certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX.R.APP.P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unity. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant
Mailing Address

Telephone:
Fax:

_____
Defendant's Counsel
SBN:
Mailing Address:
Telephone:
Fax: